**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**GUSTAVO JOSE ZORILLA MUNOZ,**

**Petitioner,**

**v.** **Case No. 26-CV-1452**

**DALE SCHMIDT, and**
**UNITED STATES OF AMERICA,** ***nominal party*****,**

**Respondents.**

---

## RECOMMENDATION AND ORDER

---

On August 25, 2026, Gustavo Jose Zorilla Munoz filed a petition, through counsel, for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On August 31, 2026, the court determined the petition failed to state a claim upon which habeas relief may be granted and gave Zorilla Munoz until September 21, 2026, in which to file an amended complaint if he chose to do so. (ECF No. 3.) That deadline has passed and the court has not received anything from Zorilla Munoz.

Based on these circumstances, the court concludes that Zorilla Munoz is no longer interested in pursuing this action. Because not all parties have had the opportunity to consent to the jurisdiction of a magistrate judge, the Clerk of Court will randomly assign the case to a district judge for consideration of this court's recommendation that the action be dismissed. *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir.

2017) (holding that a magistrate judge cannot "resolve the case finally" "unless all parties to the action have consented to the magistrate judge's authority").

**IT IS THEREFORE RECOMMENDED** that Zorilla Munoz's petition and this action be dismissed pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c).

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), any written objections to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 30th day of September, 2026.

William E. Duffin

WILLIAM E. DUFFIN
U.S. Magistrate Judge